**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

October 16, 2014

Hon. James Gibson
Assistant Criminal District Attorney
401 W.  Belknap
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Hon. Charles M. Mallin
Chief, Appellate Section
Tim Curry Criminal Justice Center
401 W. Belknap Street
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Hon. Don Davidson
Attorney at Law
Forest Ridge Business Park, Ste 803
803 Forest Ridge Drive
Bedford, TX 76022-7258
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00671-CR
Tr.Ct.No. 1264079D
Style:    ROGER ALAN SCOTT v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney (DELIVERED VIA E-MAIL)
       432nd District Court (DELIVERED VIA E-MAIL)
       Hon. Thomas A. Wilder, Tarrant County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Jeff Walker, Presiding Judge, Eighth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)